IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONTE KENTRELL LLOYD<br><br>    Defendant. | CASE NO. 3:17CR134- FDW-DSC |
|---|---|

## ORDER

**THIS MATTER** is before the Court for appointment of Learned Counsel for Lamonte Kentrell Lloyd in accordance with 18 U.S.C. § 3005. In consultation with the Federal Defender, the Court concludes that the following attorney is an experienced practitioner qualified to be Learned Counsel and has already served as Learned Counsel in this District.

IT IS THEREFORE ORDERED that Christopher Adams is appointed Learned Counsel for Lamonte Kentrell Lloyd. Second chair will also be appointed for Mr. Lloyd after Mr. Adams makes his appearance.

**SO ORDERED**.

Signed: June 6, 2017

_____
David S. Cayer
United States Magistrate Judge

1